**Order filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00011-CV

————————

**J.C. WALTER, III, CAROLE WALTER LOOKE, J.C. WALTER, JR., LTD., F. FOX BENTON, III, MORENO ENERGY, INC., WILLIAM C. OEHMIG, THE CAIN 1988 DESCENDANTS' TRUST, MARY H. CAIN, MARY H. CAIN MARITAL TRUST, ROBERT D. JOLLY, HOWARD CHAPMAN, RUTH B. SMALLEY, ARTHUR, Appellants**

**V.**

**MARATHON OIL CORPORATION AND MARATHON E.G. LPG LIMITED, Appellees**

————————

## NO. 14-12-01123-CV

————————

**J.C. WALTER, III, CAROLE WALTER LOOKE, J.C. WALTER, JR., LTD., F. FOX BENTON, III, MORENO ENERGY, INC., WILLIAM C. OEHMIG, THE CAIN 1988 DESCENDANTS' TRUST, MARY H. CAIN, MARY H. CAIN MARITAL TRUST, ROBERT D. JOLLY, HOWARD CHAPMAN, RUTH B. SMALLEY, ARTHUR, Relators**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-58805**

## ORDER

On January 4, 2012, appellants filed a notice of appeal from the trial court's order signed December 15, 2011. That appeal was assigned to this court under our appellate case number 14-12-00011-CV. On December 14, 2012, the same parties filed a petition for writ of mandamus complaining of the same order. The original proceeding has been assigned our case number 14-12-01123-CV.

Today, the court, on its own motion, orders the appeal and original proceeding **CONSOLIDATED.**

PER CURIAM